IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOHN A. FREE,

        Petitioner,               No. CIV S-06-2705 GEB EFB P

    vs.

M. KRAMER, Warden, et al.,

        Respondents.         ORDER

                                /

        Petitioner, a state prisoner without counsel, seeks a writ of habeas corpus. *See* 28 U.S.C. § 2254.

        Petitioner challenges a conviction in the Tuolumne County Superior Court. The action arises out of acts or occurrences in Tuolumne County, which is located in the Fresno portion of this court's intra-district venue provisions. For that reasons, this action should have been commenced in the district court in Fresno. Local Rule 3-120(d).

        Accordingly, it is hereby ordered that:

        1. This action is transferred to the district court in Fresno. *See* Local Rule 3-120(f).

        2. The Clerk of Court shall assign a new case number;

/////

/////

1   3. The new case number shall be used on all future filings, and such filings shall filed at:

2     United States District Court
      Eastern District of California
3     2500 Tulare Street
      Fresno, CA  93721
4

5   Dated:  December 7, 2006.

6
                            _____
7                           EDMUND F. BRENNAN
                            UNITED STATES MAGISTRATE JUDGE
8

2