UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JOHN A. FREE, | ) | 1:06-CV-01779 OWW JMD HC |
| | ) | |
| Petitioner, | ) | ORDER ADOPTING FINDINGS AND |
| | ) | RECOMMENDATION [Doc. #14] |
| v. | ) | |
| | ) | ORDER DENYING PETITION FOR WRIT |
| M. KRAMER, | ) | OF HABEAS CORPUS |
| | ) | |
| Respondents. | ) | ORDER DIRECTING CLERK OF COURT |
| | ) | TO ENTER JUDGMENT |

Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

The Magistrate Judge issued a Findings and Recommendation on November 12, 2008, recommending that the petition for writ of habeas corpus be DENIED with prejudice. The Magistrate Judge further recommended that the Clerk of Court be DIRECTED to enter judgment. The Findings and Recommendation was served on all parties and contained notice that any objections were to be filed within thirty (30) days of the date of service of the order.

On December 11, 2008, Petitioner's original[1] objections to the Findings and Recommendation were filed with the Court. In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this Court has conducted a *de novo* review of the case. Having carefully reviewed the entire file and having considered Petitioner's objections, the Court concludes that the Magistrate Judge's Findings and Recommendation was supported by the record and proper analysis. Thus, the

---

[1] Petitioner filed an additional copy of the objections with the court on December 15, 2008.

Court finds there is no need to modify the Findings and Recommendation based on the points raised in the objections.

     Accordingly, IT IS HEREBY ORDERED that:

     1. The Findings and Recommendation issued November 12, 2008, is ADOPTED IN FULL;

     2. The Petition for Writ of Habeas Corpus is DENIED with prejudice;

     3. The Clerk of Court is DIRECTED to enter judgment; and

     4. A certificate of appealability is unnecessary. See Rosas v. Nielsen, 428 F.3d 1229, 1232 (9th Cir. 2005); White v. Lambert, 370 F.3d 1002, 1010-1011 (9th Cir. 2004)

IT IS SO ORDERED.

**Dated:   March 4, 2009**                      **/s/ Oliver W. Wanger**
                                                  UNITED STATES DISTRICT JUDGE